UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHANI RAELLEN BULS,

Defendant.

CASE NO. CR99-0587 TSZ

PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on May 28, 2008. The United States was represented by William Redkey, and defendant was represented by Robert Leen. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE, AND PRIOR VIOLATIONS AND REVOCATIONS

Defendant had been convicted in 2000 on a charge of mail theft. The Hon. Thomas S. Zilly of this court sentenced defendant to three years of probation. Defendant absconded and committed new offenses; and in 2006 the court revoked probation, imposed imprisonment followed by a term of supervised release. There followed a series of additional violations, and two separate revocations of supervised release. Most recently, the court revoked supervised release on January 17, 2008, and sentenced her to time served, followed by two additional years of supervised release.

### PRESENTLY ALLEGED VIOLATIONS AND
### DEFENDANT'S ADMISSIONS OF THOSE VIOLATIONS

In an application dated April 15, 2008, USPO Assistant Jeffery S. Robson alleged that defendant violated the conditions of supervised release in three respects:

(1) Failure to follow the instructions of her probation officer on March 17, 2008. Noting that defendant was seriously impaired by the use of cocaine, Supervising U.S. Probation Officer Robin Elliott directed defendant not to drive, and to call someone to pick her up. Defendant nevertheless drove away from the Probation Office in her vehicle.

(2) Use of cocaine on March 17, 2008.

(3) Failure to appear as directed for drug testing on March 24, April 3, and April 8, 2008.

At an initial hearing on May 28, 2008, defendant admitted those three violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Judge Zilly.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of her supervised release in the three respects alleged, and conduct a disposition hearing. That hearing has been tentatively scheduled for June 27, 2008 at 1:30 p.m. Defendant indicated she will request the court for an earlier date for that hearing.

Defendant has been detained pending a final determination by the court.

DATED this 29th day of May, 2008.

_____
JOHN L. WEINBERG
United States Magistrate Judge

cc:  Sentencing Judge         :   Hon. Thomas S. Zilly
     Assistant U.S. Attorney  :   William Redkey
     Defense Attorney         :   Robert Leen
     Supervising USPO         :   Robin Elliott
     USPO Assistant           :   Jeffery S. Robson